| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Jr., Milan D. | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>08/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>Suite 2325, 222 N Sepulveda Bl<br>El Segundo, California 90245 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self employed attorney |
| 2. 2011 | Gogian Foundation-Trustee |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | A | Dividend | K | T | Buy | 07/26/11 | J | | |
| 2. General Electric Co. | | None | | | Buy (add'l) | 07/27/11 | K | | |
| 3. General Electric Co. | | None | | | Sold (part) | 10/31/11 | J | A | |
| 4. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 5. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 6. Kinder Morgan energy Partners LP Unit Ltd Partnership | B | Distribution | K | T | | | | | |
| 7. American Tower Corp CL A | A | Dividend | K | T | | | | | |
| 8. Devon Energy Corp New | A | Dividend | K | T | Sold (part) | 07/27/11 | J | C | |
| 9. Devon Energy Corp New | | None | | | Buy (add'l) | 09/27/11 | J | | |
| 10. L-3 Communications Holdings Inc. | | None | | | Sold | 02/23/11 | K | D | |
| 11. Pepsico Incorporated | B | Dividend | K | T | Buy (add'l) | 11/07/11 | J | | |
| 12. Time Warner, Inc. | A | Dividend | J | T | | | | | |
| 13. Time Warner Cable | A | Dividend | J | T | | | | | |
| 14. Canadian Natl Ry Co. | A | Dividend | K | T | | | | | |
| 15. First Colony Life Policy | | None | J | T | | | | | |
| 16. Aetna Life Policy | A | Int./Div. | K | T | | | | | |
| 17. California Pizza Kitchen | | None | K | T | Sold (part) | 07/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Quanta SVCS Inc | | None | K | T | | | | | |
| 19. Dow Chemical Company 5.750 12/15/12 | A | Interest | J | T | | | | | |
| 20. Dow Chemical Company 5.3000 3/15/13 | A | Interest | J | T | | | | | |
| 21. Franklin Universal Trust | C | Dividend | L | T | Buy (add'l) | 07/28/11 | J | | |
| 22. Franklin Universal Trust | | None | | | Buy (add'l) | 07/29/11 | J | | |
| 23. Goldman Sachs 5.250 10/15/13 | A | Interest | J | T | | | | | |
| 24. John Hancock Life Ins Co Sr. Uns 4.15% Due 2/15/12 | A | Interest | J | T | | | | | |
| 25. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | J | T | | | | | |
| 26. McDonald's Corp 6.000 4/15/11 | A | Interest | J | T | | | | | |
| 27. MFS Intermediate Income Trust | C | Dividend | J | T | Buy (add'l) | 03/04/11 | K | | |
| 28. MFS Intermediate Income Trust | | None | | | Sold (part) | 07/28/11 | K | A | |
| 29. MFS Intermediate Income Trust | | None | | | Sold (part) | 09/28/11 | K | A | |
| 30. National Rural Utilities 4.125 2/15/11 | A | Interest | | | Sold | 02/15/11 | J | A | |
| 31. New York Tel Co. 7.000 6/15/13 | A | Interest | J | T | | | | | |
| 32. Teco Energy Inc 7.200 5/1/11 | A | Interest | | | Sold | 05/02/11 | J | A | |
| 33. Oneok Inc New | B | Dividend | L | T | Sold (part) | 04/18/11 | K | D | |
| 34. Oneok Inc New | | None | | | Sold (part) | 07/01/11 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oneok Inc New | | None | | | Sold (part) | 07/27/11 | J | C | |
| 36. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | | | | | |
| 37. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | J | T | | | | | |
| 38. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | A | Interest | J | T | | | | | |
| 39. Genzyme Corp Gen Div | | None | | | Merged (with line 272) | 05/09/11 | J | | |
| 40. Marriott Int Inc Class A | A | Dividend | J | T | | | | | |
| 41. Money Mkt Oblig Trust Auto Cash Mgmt | A | Int./Div. | J | T | | | | | |
| 42. American Capital Agency Corp | E | Dividend | L | T | Buy (add'l) | 07/06/11 | J | | |
| 43. American Capital Agency Corp | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 44. Williams Partners LP Com Unit Ltd Part Int | B | Distribution | K | T | Sold (part) | 03/04/11 | J | C | |
| 45. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | A | Dividend | M | T | | | | | |
| 46. Capstead Mtg Corp Com No Par | C | Dividend | K | T | | | | | |
| 47. MFA Mortgage Investments Inc. (MFA Financial Inc) | D | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 48. MFA Mortgage Investments Inc. (MFA Financial Inc) | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 49. MFA Mortgage Investments Inc. (MFA Financial Inc) | | None | | | Buy (add'l) | 07/28/11 | J | | |
| 50. MFA Mortgage Investments Inc. (MFA Financial Inc) | | None | | | Buy (add'l) | 09/27/11 | J | | |
| 51. MFA Mortgage Investments Inc. (MFA Financial Inc) | | None | | | Buy (add'l) | 10/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MFA Mortgage Investments Inc. (MFA Financial Inc) | | None | | | Sold (part) | 11/01/11 | J | A | |
| 53. MFA Mortgage Investments Inc. (MFA Financial Inc) | | None | | | Sold (part) | 11/07/11 | J | A | |
| 54. Hatteras Financial Corp | D | Dividend | K | T | Buy (add'l) | 04/08/11 | J | | |
| 55. Hatteras Financial Corp | | None | | | Buy (add'l) | 07/06/11 | J | | |
| 56. Hatteras Financial Corp | | None | | | Buy (add'l) | 07/28/11 | J | | |
| 57. Hatteras Financial Corp | | None | | | Buy (add'l) | 09/27/11 | J | | |
| 58. Hatteras Financial Corp | | None | | | Sold (part) | 11/09/11 | J | A | |
| 59. Putnam Managed Municipal Income Trust-SBI | B | Dividend | K | T | Buy (add'l) | 03/04/11 | J | | |
| 60. Putnam Managed Municipal Income Trust-SBI | | None | | | Sold (part) | 03/17/11 | J | B | |
| 61. Putnam Managed Municipal Income Trust-SBI | | None | | | Sold (part) | 07/27/11 | J | B | |
| 62. Putnam Municipal Opportunities Trust-SBI | C | Dividend | L | T | Buy (add'l) | 03/04/11 | J | | |
| 63. Putnam Municipal Opportunities Trust-SBI | | None | | | Sold (part) | 07/27/11 | J | A | |
| 64. Putnam Municipal Opportunities Trust-SBI | | None | | | Sold (part) | 10/03/11 | J | A | |
| 65. Seligman Mun FD SER Inc Natl Ser CL A | A | Dividend | K | T | Sold (part) | 07/27/11 | K | A | |
| 66. Fidelity Advisor Mun Income Fund CL T | A | Int./Div. | | | Sold | 01/20/11 | L | A | |
| 67. Gabelli Glbl Util Inc Trust GDV | B | Dividend | K | T | | | | | |
| 68. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | C | Dividend | M | T | Buy (add'l) | 07/06/11 | K | | |

1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
| U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | None | | | Sold (part) | 04/08/11 | J | A | |
| 70. | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | None | | | Sold (part) | 06/02/11 | J | A | |
| 71. | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | None | | | Sold (part) | 07/27/11 | J | A | |
| 72. | Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | | None | | | Sold (part) | 11/09/11 | J | A | |
| 73. | Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | N | T | Buy (add'l) | 07/06/11 | K | | |
| 74. | Ishares Barclays Intermediate Credit Bond Fund | | None | | | Buy (add'l) | 07/21/11 | K | | |
| 75. | Ishares Barclays Intermediate Credit Bond Fund | | None | | | Buy (add'l) | 07/27/11 | J | | |
| 76. | Ishares Barclays MBS Bond Fund ETF | C | Dividend | L | T | Sold (part) | 03/04/11 | L | A | |
| 77. | Ishares Barclays 1-3 YR Credit Bond Fund ETF | | None | M | T | | | | | |
| 78. | Annaly Capital Management Inc. | D | Dividend | L | T | Buy (add'l) | 06/02/11 | J | | |
| 79. | Annaly Capital Management Inc. | | None | | | Buy (add'l) | 07/06/11 | J | | |
| 80. | Annaly Capital Management Inc. | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 81. | Annaly Capital Management Inc. | | None | | | Buy (add'l) | 07/28/11 | J | | |
| 82. | Annaly Capital Management Inc. | | None | | | Buy (add'l) | 11/04/11 | J | | |
| 83. | Annaly Capital Management Inc. | | None | | | Buy (add'l) | 11/09/11 | J | | |
| 84. | Annaly Capital Management Inc. | | None | | | Sold (part) | 11/04/11 | J | A | |
| 85. | Linn Energy LLC | C | Distribution | K | T | Buy (add'l) | 07/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Linn Energy LLC | | None | | | Sold (part) | 07/27/11 | J | A | |
| 87. Copano Energy LLC | C | Distribution | K | T | Sold (part) | 07/27/11 | J | B | |
| 88. Ishares Trust Barclays Credit Bond Fund ETF | D | Dividend | M | T | Buy (add'l) | 07/06/11 | K | | |
| 89. Ishares Trust Barclays Credit Bond Fund ETF | | None | | | Sold (part) | 07/27/11 | L | B | |
| 90. Ishares Trust Barclays Credit Bond Fund ETF | | None | | | Sold (part) | 11/09/11 | J | A | |
| 91. Ameren Corp | B | Dividend | J | T | | | | | |
| 92. Cenovus Energy Inc | A | Dividend | K | T | Buy (add'l) | 09/27/11 | J | | |
| 93. Encana Corp | A | Dividend | J | T | Buy (add'l) | 07/27/11 | J | | |
| 94. Encana Corp | | None | | | Sold (part) | 09/27/11 | K | A | |
| 95. Abbott Laboratories | B | Dividend | K | T | | | | | |
| 96. H & Q Life Sciences Investors SBI | C | Dividend | K | T | Buy (add'l) | 06/07/11 | J | | |
| 97. H & Q Life Sciences Investors SBI | | None | | | Buy (add'l) | 07/27/11 | K | | |
| 98. H & Q Life Sciences Investors SBI | | None | | | Sold (part) | 06/02/11 | J | B | |
| 99. H & Q Life Sciences Investors SBI | | None | | | Sold (part) | 07/27/11 | K | D | |
| 100. H & Q Life Sciences Investors SBI | | None | | | Sold (part) | 08/16/11 | J | A | |
| 101. Enterprise Products Partners LP | C | Distribution | L | T | Buy (add'l) | 07/06/11 | J | | |
| 102. Enterprise Products Partners LP | | None | | | Buy (add'l) | 07/26/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Teco Energy Inc | A | Dividend | | | Sold | 07/01/11 | J | A | |
| 104. Blackrock Income Trust Inc | D | Dividend | N | T | Sold (part) | 06/02/11 | J | A | |
| 105. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 07/01/11 | J | | |
| 106. Blackrock Income Trust Inc | | None | | | Buy (add'l) | 07/06/11 | K | | |
| 107. Blackrock Income Trust Inc | | None | | | Sold (part) | 07/26/11 | J | A | |
| 108. Blackrock Income Trust Inc | | None | | | Sold (part) | 09/27/11 | J | A | |
| 109. Blackrock Income Trust Inc | | None | | | Sold (part) | 10/03/11 | J | A | |
| 110. Blackrock Income Trust Inc | | None | | | Sold (part) | 11/08/11 | J | A | |
| 111. Blackrock Income Trust Inc | | None | | | Sold (part) | 11/09/11 | J | A | |
| 112. DWS Dreman Value Income Edge Fund Inc New | D | Dividend | L | T | Buy (add'l) | 01/20/11 | J | | |
| 113. DWS Dreman Value Income Edge Fund Inc New | | None | | | Buy (add'l) | 06/02/11 | J | | |
| 114. DWS Dreman Value Income Edge Fund Inc New | | None | | | Buy (add'l) | 08/16/11 | J | | |
| 115. Franklin Investors Secs Tr Adjustable US Govt Secs Fund | A | Dividend | | | Sold | 06/02/11 | K | A | |
| 116. Gabelli Dividend & Income Fund | B | Dividend | L | T | Buy (add'l) | 07/06/11 | J | | |
| 117. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 118. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 07/27/11 | K | | |
| 119. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 07/28/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 09/27/11 | J | | |
| 121. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 11/07/11 | J | | |
| 122. Gabelli Dividend & Income Fund | | None | | | Buy (add'l) | 11/09/11 | J | | |
| 123. Gabelli Dividend & Income Fund | | None | | | Sold (part) | 09/27/11 | K | A | |
| 124. Ishares Trust Barclays 1-3 Yr Credit Bond Fund ETF | C | Dividend | J | T | Buy (add'l) | 07/06/11 | K | | |
| 125. Ishares Trust Barclays 1-3 Yr Credit Bond Fund ETF | | None | | | Buy (add'l) | 07/21/11 | K | | |
| 126. Ishares Trust Barclays 1-3 Yr Credit Bond Fund ETF | | None | | | Buy (add'l) | 10/03/11 | J | | |
| 127. H J Heinz Co | A | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 128. Eli Lilly & Co | A | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 129. Eli Lilly & Co | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 130. Statoil Asa Sponsored ADR | A | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 131. St Jude Medical Inc | A | Dividend | J | T | Sold (part) | 11/07/11 | J | A | |
| 132. Windstream Corp | B | Dividend | K | T | Sold (part) | 01/20/11 | J | A | |
| 133. Windstream Corp | | None | | | Buy (add'l) | 07/06/11 | J | | |
| 134. Windstream Corp | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 135. Windstream Corp | | None | | | Buy (add'l) | 08/16/11 | J | | |
| 136. Windstream Corp | | None | | | Buy (add'l) | 11/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab CA Muni Money Fund Cash Money Market Fund (X) | A | Int./Div. | L | T | | | | | |
| 138. Western Asset Emerging Mkts Income Fd Inc | D | Dividend | M | T | Buy (add'l) | 01/20/11 | J | | |
| 139. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 07/01/11 | K | | |
| 140. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 07/06/11 | K | | |
| 141. Western Asset Emerging Mkts Income Fd Inc | | None | | | Sold (part) | 07/26/11 | J | A | |
| 142. Western Asset Emerging Mkts Income Fd Inc | | None | | | Sold (part) | 07/27/11 | J | A | |
| 143. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 09/27/11 | J | | |
| 144. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 10/03/11 | L | | |
| 145. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 11/08/11 | J | | |
| 146. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 11/09/11 | J | | |
| 147. Western Asset Emerging Mkts Income Fd Inc | | None | | | Buy (add'l) | 12/30/11 | J | | |
| 148. RBC Prime Money Market Cash Reserve | A | Dividend | J | T | | | | | |
| 149. H & Q Healthcare Investors SBI | C | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 150. H & Q Healthcare Investors SBI | | None | | | Buy (add'l) | 08/16/11 | K | | |
| 151. H & Q Healthcare Investors SBI | | None | | | Sold (part) | 11/09/11 | J | A | |
| 152. NFJ Divid Int & Prem Strategy FD | D | Dividend | L | T | Buy (add'l) | 04/08/11 | J | | |
| 153. NFJ Divid Int & Prem Strategy FD | | None | | | Sold (part) | 06/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NFJ Divid Int & Prem Strategy FD | | None | | | Sold (part) | 07/28/11 | J | B | |
| 155. NFJ Divid Int & Prem Strategy FD | | None | | | Sold (part) | 08/16/11 | J | A | |
| 156. NFJ Divid Int & Prem Strategy FD | | None | | | Sold (part) | 09/28/11 | J | A | |
| 157. NFJ Divid Int & Prem Strategy FD | | None | | | Sold (part) | 09/29/11 | K | A | |
| 158. NFJ Divid Int & Prem Strategy FD | | None | | | Buy (add'l) | 11/09/11 | J | | |
| 159. Ishares TR 2012 S&P AMT Free Municipal Ser FD | A | Dividend | K | T | | | | | |
| 160. Ishares TR 2013 S&P AMT Free Municipal Ser FD | A | Dividend | K | T | | | | | |
| 161. Ishares TR 2014 S&P AMT Free Municipal Ser FD | A | Dividend | K | T | | | | | |
| 162. Managed Duration Invt Grade Mun FD | B | Dividend | K | T | Sold (part) | 03/17/11 | J | C | |
| 163. Managed Duration Invt Grade Mun FD | | None | | | Sold (part) | 07/27/11 | J | A | |
| 164. Managed Duration Invt Grade Mun FD | | None | | | Sold (part) | 07/28/11 | J | B | |
| 165. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | K | T | | | | | |
| 166. Textron Inc | A | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 167. Textron Inc | | None | | | Sold (part) | 07/26/11 | J | A | |
| 168. Templeton Income TR Global Total Return FD ADV CL | C | Dividend | | | Buy (add'l) | 06/02/11 | L | | |
| 169. Templeton Income TR Global Total Return FD ADV CL | | None | | | Buy (add'l) | 07/27/11 | L | | |
| 170. Templeton Income TR Global Total Return FD ADV CL | | None | | | Sold (part) | 09/28/11 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Templeton Income TR Global Total Return FD ADV CL | | None | | | Sold | 11/04/11 | K | A | |
| 172. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | C | Dividend | M | T | Buy (add'l) | 07/28/11 | M | | |
| 173. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | None | | | Buy (add'l) | 09/29/11 | K | | |
| 174. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | | None | | | Sold (part) | 11/07/11 | K | A | |
| 175. Allegheny Energy Inc. | A | Dividend | J | T | | | | | |
| 176. BlackRock Credit Allocation | D | Dividend | M | T | Buy | 03/04/11 | L | | |
| 177. BlackRock Credit Allocation | | None | | | Buy (add'l) | 06/03/11 | K | | |
| 178. BlackRock Credit Allocation | | None | | | Buy (add'l) | 07/01/11 | K | | |
| 179. BlackRock Credit Allocation | | None | | | Buy (add'l) | 07/06/11 | K | | |
| 180. BlackRock Credit Allocation | | None | | | Buy (add'l) | 09/27/11 | J | | |
| 181. BlackRock Credit Allocation | | None | | | Buy (add'l) | 11/04/11 | K | | |
| 182. BlackRock Credit Allocation | | None | | | Buy (add'l) | 11/09/11 | J | | |
| 183. Ishares Trust Dow Jones US Technology Index Fund | A | Dividend | J | T | Buy | 04/08/11 | K | | |
| 184. Ishares Trust Dow Jones US Technology Index Fund | | None | | | Buy (add'l) | 04/13/11 | K | | |
| 185. Ishares Trust Dow Jones US Technology Index Fund | | None | | | Buy (add'l) | 07/06/11 | J | | |
| 186. Ishares Trust Dow Jones US Technology Index Fund | | None | | | Sold (part) | 07/26/11 | J | A | |
| 187. Ishares Trust Dow Jones US Technology Index Fund | | None | | | Buy (add'l) | 07/27/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Ishares Trust Dow Jones US Technology Index Fund | | None | | | Sold (part) | 09/27/11 | L | A | |
| 189. Ishares Trust S&P Global Info Technology Sector Index Fund | A | Dividend | L | T | Buy | 09/27/11 | K | | |
| 190. Ishares Trust S&P Global Info Technology Sector Index Fund | | None | | | Buy (add'l) | 09/28/11 | K | | |
| 191. Calamos Global Dynamic Income Fund | C | Dividend | L | T | Buy | 07/06/11 | J | | |
| 192. Calamos Global Dynamic Income Fund | | None | | | Buy (add'l) | 07/26/11 | J | | |
| 193. Calamos Global Dynamic Income Fund | | None | | | Buy (add'l) | 07/27/11 | J | | |
| 194. Calamos Global Dynamic Income Fund | | None | | | Buy (add'l) | 07/28/11 | K | | |
| 195. Calamos Global Dynamic Income Fund | | None | | | Buy (add'l) | 09/27/11 | K | | |
| 196. Calamos Global Dynamic Income Fund | | None | | | Buy (add'l) | 10/25/11 | K | | |
| 197. Calamos Global Dynamic Income Fund | | None | | | Buy (add'l) | 11/09/11 | J | | |
| 198. Calamos Global Dynamic Income Fund | | None | | | Sold (part) | 09/27/11 | J | A | |
| 199. Liberty All-Star Equity Fund Sh Ben Int | C | Dividend | J | T | Buy | 01/20/11 | K | | |
| 200. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Buy (add'l) | 03/04/11 | K | | |
| 201. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Buy (add'l) | 04/08/11 | K | | |
| 202. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Buy (add'l) | 04/13/11 | K | | |
| 203. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Sold (part) | 08/15/11 | J | A | |
| 204. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Sold (part) | 09/29/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Sold (part) | 10/03/11 | J | A | |
| 206. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Sold (part) | 10/10/11 | K | A | |
| 207. Liberty All-Star Equity Fund Sh Ben Int | | None | | | Sold (part) | 11/17/11 | K | A | |
| 208. Corning Inc | A | Dividend | J | T | Buy | 07/06/11 | J | | |
| 209. Corning Inc | | None | | | Sold (part) | 07/26/11 | J | A | |
| 210. Corning Inc | | None | | | Buy (add'l) | 07/27/11 | K | | |
| 211. Corning Inc | | None | | | Sold (part) | 09/27/11 | K | A | |
| 212. Templeton Global Bond Fund Advisor CL | D | Dividend | L | T | Buy | 09/28/11 | M | | |
| 213. Templeton Global Bond Fund Advisor CL | | None | | | Buy (add'l) | 11/04/11 | L | | |
| 214. Templeton Global Bond Fund Advisor CL | | None | | | Sold (part) | 12/31/11 | K | A | |
| 215. AES Corp | | None | K | T | Buy | 04/08/11 | K | | |
| 216. AES Corp | | None | | | Buy (add'l) | 07/01/11 | J | | |
| 217. Koninklijke Philips Electrs N V Sponsored ADR New 2000 | | None | K | T | Buy | 09/27/11 | K | | |
| 218. Koninklijke Philips Electrs N V Sponsored ADR New 2000 | | None | | | Buy (add'l) | 11/01/11 | J | | |
| 219. Royce Value Trust Inc. | B | Dividend | | | Buy | 01/21/11 | J | | |
| 220. Royce Value Trust Inc. | | None | | | Buy (add'l) | 04/08/11 | K | | |
| 221. Royce Value Trust Inc. | | None | | | Sold (part) | 08/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Royce Value Trust Inc. | | None | | | Sold | 09/28/11 | K | A | |
| 223. Columbia Fds Ser TR IX Tax Exempt FD CL A | A | Dividend | K | T | Buy | 03/04/11 | K | | |
| 224. Columbia Fds Ser TR IX Tax Exempt FD CL A | | None | | | Sold (part) | 07/27/11 | J | A | |
| 225. Ishares TR 2015 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | Buy | 03/04/11 | J | | |
| 226. Ishares TR 2015 S&P AMT Free Municipal Ser Fd | | None | | | Buy (add'l) | 03/08/11 | J | | |
| 227. Ishares TR 2016 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | Buy | 03/25/11 | K | | |
| 228. Ishares TR 2017 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | Buy | 09/29/11 | K | | |
| 229. Gabelli Healthcare & Wellness Trust | | None | K | T | Buy | 07/01/11 | J | | |
| 230. Gabelli Healthcare & Wellness Trust | | None | | | Buy (add'l) | 07/07/11 | J | | |
| 231. Gabelli Healthcare & Wellness Trust | | None | | | Sold (part) | 07/26/11 | J | A | |
| 232. Gabelli Healthcare & Wellness Trust | | None | | | Buy (add'l) | 07/28/11 | J | | |
| 233. Gabelli Healthcare & Wellness Trust | | None | | | Buy (add'l) | 08/16/11 | J | | |
| 234. Gabelli Healthcare & Wellness Trust | | None | | | Buy (add'l) | 09/29/11 | K | | |
| 235. Gabelli Healthcare & Wellness Trust | | None | | | Buy (add'l) | 10/03/11 | J | | |
| 236. Gabelli Healthcare & Wellness Trust | | None | | | Buy (add'l) | 11/07/11 | J | | |
| 237. BlackRock Strategic Equity Dividend Trust | A | Dividend | J | T | Buy | 11/09/11 | J | | |
| 238. BlackRock Equity Dividend Trust | A | Dividend | K | T | Buy | 11/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. BlackRock Equity Dividend Trust | | None | | | Buy (add'l) | 11/09/11 | K | | |
| 240. Centerpoint Energy Inc. | A | Dividend | J | T | Buy | 07/06/11 | J | | |
| 241. Centerpoint Energy Inc. | | None | | | Sold (part) | 07/26/11 | J | A | |
| 242. Centerpoint Energy Inc. | | None | | | Sold (part) | 11/09/11 | J | A | |
| 243. American Electric Power Co Inc | A | Dividend | J | T | Buy | 07/06/11 | J | | |
| 244. American Electric Power Co Inc | | None | | | Sold (part) | 11/09/11 | J | A | |
| 245. Duke Energy Corporation (Holding Company) New | A | Dividend | | | Buy | 07/06/11 | J | | |
| 246. Duke Energy Corporation (Holding Company) New | | None | | | Sold | 11/01/11 | J | | |
| 247. Ishares TR Dow Jones EPAC Select Dividend | A | Dividend | | | Buy | 07/26/11 | K | | |
| 248. Ishares TR Dow Jones EPAC Select Dividend | | None | | | Buy (add'l) | 07/28/11 | K | | |
| 249. Ishares TR Dow Jones EPAC Select Dividend | | None | | | Sold (part) | 09/27/11 | J | A | |
| 250. Ishares TR Dow Jones EPAC Select Dividend | | None | | | Sold | 11/09/11 | K | A | |
| 251. Microchip Technology | A | Dividend | J | T | Buy | 07/26/11 | J | | |
| 252. Microchip Technology | | None | | | Buy (add'l) | 07/27/11 | J | | |
| 253. Microchip Technology | | None | | | Sold (part) | 11/09/11 | J | A | |
| 254. Public Service Enterprise Group Inc | A | Dividend | J | T | Buy | 07/06/11 | J | | |
| 255. Public Service Enterprise Group Inc | | None | | | Sold (part) | 11/09/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Targa Resources Partners LP Unit Ltd Partnership Int | A | Dividend | J | T | Buy | 07/06/11 | J | | |
| 257. Targa Resources Partners LP Unit Ltd Partnership Int | | None | | | Sold (part) | 07/26/11 | J | A | |
| 258. Invesco Mortgage Capital Inc | | None | J | T | Buy | 11/01/11 | J | | |
| 259. John Hancock Bank and Thrift Opportunity Fund | A | Dividend | | | Buy | 07/01/11 | J | | |
| 260. John Hancock Bank and Thrift Opportunity Fund | | None | | | Sold | 09/27/11 | J | A | |
| 261. Pimco ETF TR Enhanced Short Maturity | A | Dividend | L | T | Buy | 07/28/11 | L | | |
| 262. Southern Co | A | Dividend | J | T | Buy | 07/01/11 | J | | |
| 263. Southern Co | | None | | | Sold (part) | 09/27/11 | J | A | |
| 264. ConocoPhillips | A | Dividend | J | T | Buy | 07/01/11 | J | | |
| 265. Ishares TR Dow Jones SEL Divid Index FD | A | Dividend | K | T | Buy | 09/27/11 | K | | |
| 266. Ishares TR Dow Jones SEL Divid Index FD | | None | | | Buy (add'l) | 11/07/11 | J | | |
| 267. Apollo Residential Mortgage Inc | | None | J | T | Buy | 10/25/11 | J | | |
| 268. Intel Corp | | None | | | Buy | 07/01/11 | J | | |
| 269. Intel Corp | | None | | | Sold | 07/28/11 | J | A | |
| 270. American Capital Mortgage Investment Corp | | None | J | T | Buy | 10/25/11 | J | | |
| 271. Genzyme Waive Diss & Contra Cusip | | None | | | Merged (with line 272) | 05/09/11 | J | | |
| 272. RTS Sanofi Contingent Value RT | | None | | | Buy | 05/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. RTS Sanofi Contingent Value RT | | None | | | Sold | 07/01/11 | J | A | |
| 274. CenturyLink Inc (X) | A | Dividend | J | T | | | | | |
| 275. Sprint Nextel Corp (X) | | None | J | T | | | | | |
| 276. FirstEnergy Corp | A | Dividend | J | T | Buy | 11/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 277, Part VII (RTS Sanofi Contingent Value RT). This asset, RTS Sanofi Contingent Value RT, was acquired thorugh a spin-off of asset #276 (Genzyme Waive Diss & Contra Cusip) and #44 (Genzyme Corp Gen Div) on May 9th, 2011.

Item 279, Part VII (CenturyLink Inc). This asset, CenturyLink Inc. in the amount of $74.40, was inadvertently omitted on my prior report. It is held by my IRA.

Item 280, Part VII (Sprint Nextel Corp). This asset, Sprint Nextel Corp in the amount of $118.51, was inadvertently omitted on my prior report. It is held by my IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 08/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Milan D. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544